Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MARTIN SANTILLAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MARTIN SANTILLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ZENCO COLLECTIONS, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | **Case No.: 1:17-cv-01255-DAD-JLT** |

## NOTICE OF SETTLEMENT

Plaintiff, MARTIN SANTILLAN, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED:  October 25, 2017          AGRUSS LAW FIRM, LLC


                                   By: /s/  Michael S. Agruss
                                       Michael S. Agruss
                                       Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

On October 25, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Stephen McFayden, at mcfaydengroup@gmail.com.


By:   /s/  Michael S. Agruss
         Michael S. Agruss