# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SANTILLAN,<br><br>      Plaintiff,<br><br>      v.<br><br>ZENCO COLLECTIONS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:17-cv-01255-DAD -JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 8) |

On October 25, 2017, Plaintiff notified the Court that the parties "have reached a settlement this case," and he "anticipates dismissing this case, with prejudice, within 30 days." (Doc. 8 at 1) Thus, the Court **ORDERS**:

    1.    The Notice of Dismissal **SHALL** be filed no later than __**November 25, 2017**[1]__; and

    2.    All other pending dates, conferences and hearings are **VACATED**.

__**Plaintiff is advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**__

IT IS SO ORDERED.

Dated:   __**October 26, 2017**__           __**/s/ Jennifer L. Thurston**__
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The defendant has not appeared in this action. In the event that the defendant makes an appearance, the parties shall file a joint stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than November 25, 2017.